1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KREDENSER,<br><br>       Plaintiff,<br><br>vs.<br><br>BSX RECORDS, ET AL..<br><br>       Defendants. | Case No.: 2:18-cv-00657-JAK-SS<br><br><br>**ORDER RE JOINT STIPULATION FOR PERMANENT INJUNCTION, COURT RETENTION OF JURISDICATION, AND DISMISSAL OF CASE AS TO PLAINTIFF AND NAMED DEFENDANTS WITH PREJUDICE** |

WHEREAS Plaintiff and Counter-Defendant Peter Kredenser ("Kredenser"), and

Defendants and Counter-Plaintiffs Mark Banning, Ford Thaxton and MAFY, Inc.

(collectively, "the BSX Defendants"), and Walmart, Inc., ("Walmart"), and

Defendant BSX Records (collectively, the "Parties") have reached a settlement in this matter and entered into a settlement agreement, the terms of which are confidential and set forth in a separately executed agreement, and have stipulated and agreed as follows the Court finds and hereby orders:

1. The Complaint shall be dismissed with prejudice as to all named Defendants and dismissed without prejudice as to the Doe Defendants, and the Counterclaim shall be dismissed with prejudice as to Plaintiff, with all Parties to bear their own fees and costs.

2. The BSX Defendants along with their employees, officers, agents, successors, shareholders, assigns, are hereby permanently enjoined from future uses of the photograph that was at issue herein, namely Jane Seymour-EOE #2, registered with the United States Copyright Office under the number VA 1-916-414 that are within the BSX Defendants' own control, including but not limited to distribution by BSX Defendants on any website within their custody or control. For clarity, under this Stipulation, the BSX Defendants shall not be liable for content posted by users of their website(s) so long as they had no knowledge of such posting and promptly removed upon notice, or for uses made by any other third parties.

3. Any violation of this Stipulated Permanent Injunction by the BSX Defendants will be subject to liquidated damages against the BSX Defendants jointly and severally in the amount of $50,000.00 for each violation.  In any proceeding to enforce this Stipulated Permanent Injunction, the prevailing party shall be entitled to recover attorney's fees and costs.

4. This Court shall retain jurisdiction over the action to enforce the terms of the Parties' settlement agreement (the terms of which are expressly

incorporated by reference) and the terms of this Stipulated Permanent Injunction.

IT IS SO ORDERED.


Dated:  September 26, 2018


_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE